UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MLC HOLDINGS OF LOUISIANA, LLC, D/B/A THE CLEANING AUTHORITY, individually and on behalf of all others similarly situated | CIVIL ACTION |
| VERSUS | NO. 25-841 |
| CAPITAL ONE, NATIONAL ASSOCIATION | SECTION R (5) |

## JUDGMENT

Considering the Court's Order and Reasons on file herein,[1]

IT IS ORDERED ADJUDGED AND DECREED that plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __12th__ day of August, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 31.